UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

TERRY WEBB                              CIVIL ACTION NO. 19-cv-1215

VERSUS                                  JUDGE FOOTE

DOUG SHURLING, ET AL                    MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's complaint be dismissed without prejudice for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2).

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _12th_ day of _Feb_, 2020.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE